# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**THOMAS SCHWARZ**                                                      **PLAINTIFF**

**v.**                                  **No. 1:15-cv-60-DPM**

**SYNERGETIC COMMUNICATION, INC.**                      **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 September 2015